Wes Sage (SBN 056064)
845 East State Highway 88
Jackson, CA 95642
(209) 418-5305
sagews@yahoo.com

Attorney for Defendant
CORY KASINGER

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-000068-KJN |
| Plaintiff, | |
| vs. | **STIPULATION TO VACATE AND RESET STATUS CONFERENCE DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| CORY A. KASINGER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Laura A. Huggins, Special Assistant United States Attorney, attorney for plaintiff and Wes Sage, attorney for defendant CORY A. KASINGER, that the status conference date of May 27, 2015, be vacated and the matter set for status conference on June 10, 2015, at 9:00 a.m.

Wes Sage, attorney for defendant, is unable to attend the Status Conference currently set for May 27, 2015 because he is scheduled for trial in another matter on that date, and thus unavailable.

- 1 -

**STIPULATION TO VACATE AND RESET STATUS CONFERENCE DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

By this stipulation, defendant now moves to continue the status conference to June 10, 2015 at 9:00 a.m., and to exclude time between May 27, 2015 and June 10, 2015 under Local Code T4.

The government does not object to the continuance of the status conference to June 10, 2015.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §161, et seq., within which trial must commence, the time period of May 27, 2015 to until June 10, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: April 28, 2015

                                                 */s/ Wes Sage*
                                                 Wes Sage, Esq.
                                                 Attorney for Defendant
                                                 CORY A. KASINGER

DATED: April 28, 2015

                                                 LAURA A. HUGGINS
                                                 Special Assistant United States
                                                 Attorney

**STIPULATION TO VACATE AND RESET STATUS CONFERENCE DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the time from the date of the parties' stipulation, May 27, 2015, to and including June 10, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4. It is further ordered that the May 27, 2015, status conference shall be continued until June 10, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

- 3 -

**STIPULATION TO VACATE AND RESET STATUS CONFERENCE DATE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER**