1  BENJAMIN B. WAGNER
   United States Attorney
2  LAURA A. HUGGINS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00068-KJN |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE FOR CHANGE OF PLEA |
| v. | |
| CORY A. KASINGER, | |
| Defendant. | |

**<u>ORDER</u>**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the status conference scheduled for July 22, 2015, at 9:00 a.m., is reset for a change of plea hearing on August 26, 2015, at 9:00 a.m. The Court further orders that the time from the date of the parties' stipulation, up to and including August 26, 2015, shall be excluded from the computation of

1

1   time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

2   U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, in order to provide counsel with reasonable time to prepare.

Dated:   July 21, 2015

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge