# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

**CORY AARON KASINGER**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: **2:15CR00068-001**

Defendant's Attorney: Gregory Davenport, Retained

**THE DEFENDANT:**

[✓]   admitted guilt to violation of charge   1   as alleged in the violation petition filed on   6/19/2017   .

[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Make Fine/Restitution Payments As Directed. | 12/2016 |

The court:   [ ] revokes:   [ ] modifies:   [✓] continues under same conditions of supervision heretofore ordered on   1/6/2016   .

      The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   Charge   2   is dismissed.

      **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

      It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**8/23/2017**
Date of Imposition of Sentence

Signature of Judicial Officer

**Kendall J. Newman**, United States Magistrate Judge
Name & Title of Judicial Officer

8/25/2017
Date

DEFENDANT:**CORY AARON KASINGER**
CASE NUMBER:**2:15CR00068-001**

## PROBATION

The defendant is hereby continued on probation for a term of:
<u>36 months (to expire on 1/5/2019)..</u>

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two (2) periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[✔]     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

[ ]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

[ ]     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[ ]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of qualifying offense.

[ ]     The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT:**CORY AARON KASINGER**
CASE NUMBER:**2:15CR00068-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>36 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1.  The Defendant's probation shall be unsupervised by the probation office.

2.  The Defendant is ordered to obey all federal, state, and local laws.

3.  The Defendant shall notify the U.S. Attorney's Office within ten days of any change of address and contact number and within 72 hours of being arrested.

4.  The Defendant shall pay restitution in the amount of $37,320.35 and a fine of $20,000.00. Payments shall be made payable to the Clerk, U.S.D.C.

5.  The Defendant shall allow the Department of Labor to conduct audits of Mariah Resources Inc.'s payroll records, and agrees to provide the Department of Labor open access to any and all pertinent books, records, and documents.

DEFENDANT:**CORY AARON KASINGER**
CASE NUMBER:**2:15CR00068-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $25.00 | $20,000.00 | $37,320.35 |

[ ]   The determination of restitution is deferred until ___ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[ ]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Abel, Aaron | $641.88 | $641.88 | |
| Aleem, Richard | $110.81 | $110.81 | |
| Bagwell, Brian | $170.23 | $170.23 | |
| Burt Jr., William | $1,191.61 | $1,191.61 | |
| Carr, Derek | $510.69 | $510.69 | |
| Daily, Miles | $775.67 | $775.67 | |
| Demas, Keyon | $117.33 | $117.33 | |
| DiStasio, Nicholas | $988.96 | $988.96 | |
| Earl, Donavon | $3,816.12 | $3,816.12 | |
| Eddison, Harde | $390.46 | $390.46 | |
| Edge, Ricky | $223.12 | $223.12 | |
| Ellefson, Kyle | $538.56 | $538.56 | |
| Elliot, Tom | $1,094.10 | $1,094.10 | |
| Floyd, Derek | $6,412.60 | $6,412.60 | |
| Fowler, Michael | $1,106.52 | $1,106.52 | |
| Hamblen, Terry | $4,514.52 | $4,514.52 | |
| Hodge, Brian | $680.92 | $680.92 | |
| Hope Jr., Kenny | $310.62 | $310.62 | |
| Hope Sr., Kenneth | $487.36 | $487.36 | |
| Hope, Kristopher | $438.12 | $438.12 | |
| Hope, Matthew | $680.92 | $680.92 | |
| Hunter, Michael | $50.75 | $50.75 | |
| Leon, Alvaro | $55.78 | $55.78 | |
| Lopez, Victor | $427.96 | $427.96 | |
| McGee, Kristi | $55.78 | $55.78 | |
| McNevin, James | $55.78 | $55.78 | |
| Miles, David | $2,313.21 | $2,313.21 | |
| Mizell, Russell | $223.12 | $223.12 | |
| Murphy, JaCory | $334.68 | $334.68 | |
| Myers-Johnson, Teresa | $55.78 | $55.78 | |

DEFENDANT:**CORY AARON KASINGER**

CASE NUMBER:**2:15CR00068-001**

| Patton, Jeff | $1,021.38 | $1,021.38 | |
|---|---|---|---|
| Phelps, Shawn | $664.86 | $664.86 | |
| Pickard, Tony | $680.92 | $680.92 | |
| Roth, Lance | $619.72 | $619.72 | |
| Sargent, Jason | $680.92 | $680.92 | |
| Sargent, Josh | $510.69 | $510.69 | |
| Starnes, Travis | $707.52 | $707.52 | |
| Stoner, Jeffrey | $1,021.38 | $1,021.38 | |
| Strangler, Yvette | $142.18 | $142.18 | |
| Weir, Robert | $2,496.82 | $2,496.82 | |
| **Totals** | **$37,320.35** | **$37,320.35** | |

[✓]    Restitution amount ordered pursuant to plea agreement $    37,320.35

[ ]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]    The interest requirement is waived for the        [ ] fine        [ ] restitution

   [ ]    The interest requirement for the        [ ] fine        [ ] restitution is modified as follows:

[ ]    If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ]    If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:**CORY AARON KASINGER**                                                                 Page 6 of 6
CASE NUMBER:**2:15CR00068-001**

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A.    [ ]    Lump sum payment of $ ___ due immediately, balance due

         [ ]    Not later than ___, or
         [ ]    in accordance      [ ] C,      [ ] D,      [ ] E,or      [ ] F below; or

B.    [✓]    Payment to begin immediately (may be combined with      [ ] C,      [ ] D,      or [✓] F below); or

C.    [ ]    Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g. months or years), to commence ___ (e.g. 30 or 60 days) after the date of this judgment; or

D.    [ ]    Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g. months or years), to commence ___ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E.    [ ]    Payment during the term of supervised release/probation will commence within ___ (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F.    [✓]    Special instructions regarding the payment of criminal monetary penalties:

         [✓]**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to:**
           [✓]CLERK U.S.D.C.
           501 "I" Street, #4-200
           Sacramento, CA 95814
         Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.
         Payments on fine and resitution to be paid monthly at the rate of at least $1,600.00 per month.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]    Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]    The defendant shall pay the cost of prosecution.

[ ]    The defendant shall pay the following court cost(s):

[ ]    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.